THE LAW OFFICES OF
ERIK BABCOCK

December 13, 2006

Lisa Clark
Courtroom Deputy to
The Honorable Saundra Brown Armstrong
United States District Judge
1301 Clay Street, 3d Floor
Oakland, CA 94612

    Re:    <u>United States v. Chaudhry et al.</u>
             No. CR 03-40210 SBA

Dear Ms. Clark:

    I am requesting that this matter be added to calendar at 9:00 a.m. next Tuesday, December 19, 2006 for status. I have spoken to both AUSA Ault and my co-counsel, Seth Chazin, about this request, and they are both available that morning. The only two defendants are Messrs. Chaudhry and Ali.

                                    Very truly yours,

                                    Erik G. Babcock

EGB/

Case 3:03-cr-40210-WDB    Document 81    Filed 12/13/2006    Page 1 of 1

PHONE 510-452-8400   FAX 510-452-8405   EMAIL ERIK@BABCOCKLAWOFFICE.COM   WEB WWW.BABCOCKLAWOFFICE.COM