1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4
   KIRSTIN AULT (CASBN 206052)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3703
7      FAX: (510) 637-3724
       Email: kirstin.ault@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,      )    No. CR-03-40210 SBA
13                                )
          Plaintiff,               )
14                                )
       v.                          )    SUBSTITUTION OF ATTORNEY
15                                )
   MOHAMMAD YOUSUF CHAUDHRY,      )
16 et al.                          )
                                  )
17        Defendants.              )
18
       Please take notice that as of November 21st, 2006, the Assistant United States
19
   Attorneys whose name, address and telephone number are listed below will be counsel for
20
   the government.
21
                Assistant United States Attorney Kirstin Ault
22                    1301 Clay Street, Suite 340S
                          Oakland, CA 94612
23                    Telephone: (510) 637-3740
                       FAX: (510) 637-3724
24                email: kirstin.ault@usdoj.gov
25
   DATED: November 21, 2006         Respectfully submitted,
26
                                    KEVIN V. RYAN
27                                  United States Attorney
28
                                    _____/s/_____
                                    KIRSTIN AULT
                                    Assistant United States Attorney

SUBSTITUTION OF ATTORNEY
CR-03-40210 SBA