KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

KIRSTIN AULT (CASBN 206052)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3703
   FAX: (510) 637-3724
   Email: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-03-40210 SBA |
|     Plaintiff, ) | |
|   v. ) | SUBSTITUTION OF ATTORNEY |
| MOHAMMAD YOUSUF CHAUDHRY, ) et al. ) | |
|     Defendants. ) | |

      Please take notice that as of November 21st, 2006, the Assistant United States Attorneys whose name, address and telephone number are listed below will be counsel for the government.

Assistant United States Attorney Kirstin Ault
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3740
FAX: (510) 637-3724
email: kirstin.ault@usdoj.gov

DATED: November 21, 2006        Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney

                                      /s/
                                    KIRSTIN AULT
                                    Assistant United States Attorney

SUBSTITUTION OF ATTORNEY
CR-03-40210 SBA