**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 12/19/06

CR-03-40210SBA                                   JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

 ALI KAHN- WAIVED APPEARANCE
MOHAMMAD YOUSUF CHAUDHRY            Present (X) Not Present ( ) In Custody ()
        DEFENDANT(S)

                                                                 SETH CHASIN
 <u>KIRSTIN AULT          </u>                        <u>     ERIC BABCOCK              </u>
U.S. ATTORNEY                                      ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark                       <u>    STARR WILSON               </u>
                                                              Court Reporter

 <u>                              </u>                <u>                               </u>
 Interpreter                                          Probation Officer
                                **PROCEEDINGS**

**REASON FOR HEARING: STATUS REGARDING TRIAL SETTING- HELD**

**RESULT OF HEARING:   COURT VACATES TRIAL AND PRETRIAL CONFERENCE DATES DUE TO DEFENSE COUNSEL CONFLICT WITH A TRIAL BEFORE JUDGE SCHUBB; COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF COUNSEL 1/10/07**

                                                              **JUDGMENT:**

                                **PROCEEDINGS**

**Case Continued to** <u>  1/10/07          </u> **for Further Status/<u>Trial Setting</u>/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to**<u>              </u>**@ 9:00 a.m. for**<u>                 </u>**Motions**
**Brief Sched. Motion papers by**<u>         </u>**Opposition by**<u>          </u>**Reply by**<u>     </u>
**Case Continued to**<u>              </u>**for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due**<u>        </u>**Motions in limine/objections to evidence due** <u>          </u>
**Responses to motions in limine and/or responses to objections to evidence due**<u>          </u>
**Case Continued to**<u>         </u>**for Trial(Court/Jury:**<u>    </u>**Days/weeks) at 8:30 a.m.**
**Case Continued to**<u>                  </u>**for Judgment & Sentencing as to Count(s)** <u>         </u>**of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to**<u>              </u>**for Change of Plea @ 11:00 a.m.**
**cc:**