IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHAUDHRY, ET AL,<br><br>    Defendant. | No. CR- 03-40210 SBA<br><br>**CLERK'S NOTICE** |

YOU ARE HEREBY NOTIFIED THAT the Trial Setting Conference set for , **January 10, 2007,  at 10:00 a.m., has been moved to January 10, 2007, at 9:00 a.m.**

**Dated: 1/9/07**

**FOR THE COURT,**

**Richard W. Wieking, Clerk**

**By: s/Lisa R. Clark**
      **Courtroom Deputy**