**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: 1/10/07

CR 03-40210SBA                                JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

**ALI H. KAHN**
**MOHAMMAD YOUSUF CHAUDHRY**         Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

                                                SETH CHASIN
<u>KIRSTIN AULT</u>                                           <u>ERIC BABOCK</u>
U.S. ATTORNEY                                             ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark                        <u>DIANE SKILLMAN</u>
                                                    Court Reporter

Interpreter                                                    Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING:   TRIAL SETTING - HELD**

**RESULT OF HEARING:   COURT FINDS EXCLUDABLE TIME BASED ON CONTINUITY OF COUNSEL AND ADEQUATE PREPARATION OF COUNSEL; DEFENDANT IS TO ADVISE GOVERNMENT COUNSEL IF HIS TRIAL SCHEDULED IN APRIL GOES AWAY OR IS CONTINUED**

**JUDGMENT:**

**PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to   9/11/07           for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due 8/21/07  Motions in limine/objections to evidence due  8/28/07**
**Responses to motions in limine and/or responses to objections to evidence due   9/4/07**
**Case Continued to   9/24/07       for Trial(Court/Jury:   11   Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**

Case 3:03-cr-40210-WDB    Document 88    Filed 01/10/2007    Page 2 of 2