SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

THOMAS MOORE (ASB 4305-T78O)
KIRSTIN M. AULT  (CABN 206052)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6935, 7151
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MOHAMMAD YOUSUF CHAUDHRY, )<br>and )<br>ALI H. KHAN, )<br>)<br>   Defendants. )<br>_____) | No. CR 03-40210 SBA<br><br>**UNITED STATES' REVISED EXHIBIT LIST**<br><br>Pretrial:    September 11, 2006<br>Trial Date:  September 24, 2006<br>Time:       8:30 a.m.<br>Court:      Courtroom No. 3<br>Hon. S. Brown Armstrong |

     The United States hereby submits its Revised Exhibit List in the above-captioned matter. The United States respectfully reserves its right to amend its Exhibit List upon further review of the evidence.

DATED: 08/21/07                     Respectfully Submitted,

                                         SCOTT N. SCHOOLS
                                         United States Attorney


                                         _____/s/_____
                                         THOMAS MOORE
                                         KIRSTIN M. AULT
                                         Assistant United States Attorneys

UNITED STATES DISTRICT COURT
for the Northern District of California

Case No. CR 03-004210-SBA        Date September 11, 2006
      United States        vs.   Mohammad Yousuf Chaudhry & Ali H. Khan

**EXHIBIT LIST**

X   Plaintiff                                  ☐   Defendant

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 1 | 32-44 | Federal Corporate Income Tax Return fiscal year ending March 31, 1999 - RT COMPUTERS | | | |
| 2 | 45-53 | Federal Corporate Income Tax Return fiscal year ending March 31, 2000 - RT COMPUTERS | | | |
| 3 | 54-59 | Federal Corporate Income Tax Return fiscal year ending March 31, 2001 - RT COMPUTERS | | | |
| 4 | 2849-2861 | Amended 1120X of 199803 for RT Computers | | | |
| 5 | 2862-2878 | Amended 1120X of 199903 for RT Computers | | | |
| 6 | 60-66 | Federal Corporate Income Tax Return for tax year 1999 – Alternative Energy Systems | | | |
| 7 | 67-75 | Federal Corporate Income Tax Return for tax year 2000 – Alternative Energy Systems | | | |
| 8 | 1-2 | Form 2848, Power of Attorney, for the CHAUDHRYs, dated 12-04-02 | | | |
| 9 | 3-4 | Form 2848, Power of Attorney, for R.T. COMPUTERS, INC., dated 12-04-02 | | | |
| 10 | 5-10 | 1999 Federal Individual Income Tax Return - AREENA and MOHAMMAD CHAUDHRY | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 11 | 11-24 | 2000 Federal Individual Income Tax Return - AREENA and MOHAMMAD CHAUDHRY | | | |
| 12 | 25-31 | 2001 Federal Individual Income Tax Return - AREENA and MOHAMMAD CHAUDHRY | | | |
| 13 | 2879-2890 | Certified Form 4340, Certificate of Assessments for Mohammed Y. Chaudhry for 1998, 1999, 2000, 2001 | | | |
| 14 | 2891-2906 | Certified Form 4340, Certificate of Assessments for Areena R. & Mohammed Y. Chaudhry for 1998, 1999, 2000, 2001, 2002 | | | |
| 15 | 2907-2921 | Certified Form 4340, Certificate of Assessments for RT Computers for 199703, 199803, 199903, 200003, 200103 | | | |
| 16 | 2922-2927 | Certified Form 4340, Certificate of Assessments for Alternative Energy Systems for 1999, 2000 | | | |
| 17 | 223-408 | Cathay Bank 13-011-693 cancelled checks for Worldwide Sales | | | |
| 18 | 410-447 | Financial documents from Worldwide Sales | | | |
| 19 | 448-458 | CBF Marketing Payment Record and Related Checks from 03-18-99 to 08-24-00 | | | |
| 20 | 459-714 | CTRs filed by Mohammad Chaudhry | | | |
| 21 | 715-1203 | Union Bank Statements and Deposited Items for RT Computers, Inc. 11800-18936 for 08-12-99 through 02-28-01 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 22 | 1204-1264 | Complete Components Bank of America 06633-16470 bank statements and cancelled checks from 4-23-98 to 2-18-99 | | | |
| 23 | 1265-1276 | Complete Components Bank of America 06631-20398 bank statements and cancelled checks from 5-21-98 to 10-22-98 | | | |
| 24 | 1277-1355 | Compu4less, LLC spreadsheet, cancelled checks and shipping documents | | | |
| 25 | 1356-1419 | Computer & Software Sales, Inc. sales orders, invoices and checks from 05-07-99 to 05-09-00 | | | |
| 26 | 1420-1534 | Goldeneye International purchase invoices and related payment checks from 05-28-99 to 12-01-2000 | | | |
| 27 | 1535-1852 | Intrax Group purchase invoices and related checks from 02-25-98 to 03-14-02 | | | |
| 28 | 1853-1863 | Cancelled checks from Powerhouse Microproducts between 12-20-00 and 03-09-01 | | | |
| 29 | 1864-1877 | R&J Technology cancelled checks and RT COMPUTERS' invoices | | | |
| 30 | 1878-1885 | Silicon Multimedia cancelled checks and RT COMPUTERS' invoices | | | |
| 31 | 1886-1892 | Surplus Specialist cancelled checks and credit card statements | | | |
| 32 | 2162-2196 | Transcript of consensually monitored conversation with Azeem Gholami | | | |
| 33 | 16193-16338 Walker CD | Trash recovered from curb of 3254 Vintage Oaks Court, San Jose | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 34 | 16703-16747 Walker CD | IRS Title 31 case file of Mail & Money Market | | | |
| 35 | 16748-16859 Walker CD | IRS Title 31 case file of ECL Enterprise Market & Deli | | | |
| 36 | 16860-16905 Walker CD | IRS Title 31 case file for RT Computers | | | |
| 37 | 16996-17282 Walker CD | IRS Title 31 case file for Money Market Financial Services | | | |
| 38 | 17347-17910 Walker CD | Contents of file folders labeled "Astro Industries," Amax Engineering," "Edge Technologies," "Teracom Microsystems," "Corporation," and unmarked folders | | | |
| 39 | 18550-18903 Walker CD | Certified Currency Transaction Reports filed on behalf of and filed by Chaudhry | | | |
| 40 | SW000001-SW001063 | WWS Cathay 13-011-693 from 1/1999 to 6/2000 | | | |
| 41 | SW001064-SW002188 | WWS Cathay 13-011-693 from 9/1999 to 2/2000 | | | |
| 42 | SW002189-SW003062 | WWS Cathay 13-011-693 from 3/2000 to 6/2000 | | | |
| 43 | SW005876-SW006892 | WWS Cathay 13-011-693 – from 7/1/00 to 2/21/01 | | | |
| 44 | SW006995–SW008063 | WWS Cathay 13-011-693 – from 2/02/01 to 1/15/02 | | | |
| 45 | SW005687-SW005730 | Complete Components Inc Cathay 13-011-707 – from 1/28/99 to 12/31/00 | | | |
| 46 | SW006945-SW006994 | Complete Concept Inc Cathay 13-012-495 from 1/26/00 to 4/30/01 | | | |
| 47 | SW004024-SW004809 | Sheila Lu Swei Wu Bank of America 06631-05524 & 06634-23111 from 12/23/1997 to 12/20/2000 | | | |
| 48 | SW004821-SW005152 | Complete Components Inc Bank of America 06631-20398 from 1/23/97 to 12/20/00 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 49 | SW003063-SW003102 | Complete Components Bank of America 06631-20398 from 12/25/1998 to 9/21/00 | | | |
| 50 | SW008086-SW008099 | Complete Components Inc. Bank of America 06631-20398 from 4/21/01 to 7/10/01 | | | |
| 51 | SW005153-SW005635 | Complete Components Inc Bank of America 06633-16470 from 3/17/98 to 5/12/99 | | | |
| 52 | SW003122–SW003504 | Complete Components Inc. Bank of America 06633-16470 from 12/23/1998 to 5/12/1999 | | | |
| 53 | SW003103-SW003121 | Complete Components Inc. Bank of America 06636-23110 from 5/12/1999 to 9/21/2000 | | | |
| 54 | SW005636-SW005657 | Complete Components Inc Bank of America 06636-23110 from 5/12/99 to 12/20/00 | | | |
| 55 | SW006893-SW006928 | WWS Bank of America 10661-02788 from 10/11/00 to 5/9/01 | | | |
| 56 | | WWS Bank of America 10661-02778 from 01-10-01 to 02-06-02 | | | |
| 57 | SW003505-SW003514 | Complete Components LLC Bank of America 10959-05947 from 1/6/1999 to 5/12/1999 | | | |
| 58 | 2237-2238 (old bates 1899-1900) | Notes provided by Chaudhry dated 12-21-99 | | | |
| 59 | 2239-2240 (old bates 1901-1902) | Documents provided by Chaudhry titled "Reconciliations" for 1996, 1997, & 1998 1040 | | | |
| 60 | 2241-2257 (old bates 1903-1919) | Form 1120X for RT Computers 199903 signed 7-27-99 provided by Chaudhry | | | |
| 61 | 2258-2268 (old bates 1920-1930) | Form 1120X for RT Computers 199903 signed 10-29-99 provided by Chaudhry | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 62 | 2269-2270 (old bates 1931-1932) | Notice of Deficiency for RT Computers, fiscal year ending March 31, 1999 dated 4-12-02 | | | |
| 63 | 2271-2430 (old bates 1933-2092) | CTRs filed by Edwin Lin | | | |
| 64 | 2432 | CD containing Cyberstorm & related search warrants CS-SW000001-CS-SW000458 | | | |
| 65 | 2435-2439 | Sketch of WWS & photo log from search warrant | | | |
| 66 | 3282-3332 | Photos of WWS search warrant on 4-18-02 | | | |
| 67 | 2440-2454 | Inventory of Evidence seized from WWS search warrant on 4-18-02 | | | |
| 68 | 2455-2480 | Chaudhry & RT COMPUTERS Title 31 Compliance Review Exam Case History prepared by Clarence Walker 6-30-99 to 4-13-00 | | | |
| 69 | 2505-2547 | Links from Islah Party of Pakistan Offices website and Islah Foundation website | | | |
| 70 | 2549 | Certificate of Records from CBF Marketing dated 03-12-03 | | | |
| 71 | 2550-2551 | Declaration from Union Bank dated 07-05-02 for A/N 1180018936, maintained in the name of RT COMPUTERS, INC. | | | |
| 72 | 2552-2557 | Declaration from Bank of America for A/N 06631-20398 (including signature card), A/N 06633-16470 and A/N 06636-23110, maintained in the name of COMPLETE COMPONENTS, INC. | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 73 | 2558 | Cover Letter from Xuhua Li owner of Compu4less/Fortuneweb | | | |
| 74 | 2559 | Cover Letter from Power of Attorney, Michael Soshnick, dated 02-28-03 for Computer & Software Sales (for Haji Pirali) | | | |
| 75 | 2560 | Cover Letter from Richard Chin owner of Justdeals.com, dated 3-11-03 | | | |
| 76 | 2561 | Certificate of Record Letter from Fanny Tam, accountant of justdeals.com, dated 03-11-03 | | | |
| 77 | 2562-2581 | Invoices, cancelled checks, and correspondence from Justdeals.com | | | |
| 78 | 2582 | Cover Letter from Scott Vallance, owner of Powerhouse Microproducts | | | |
| 79 | 2583 | Cover Letter from Allan Ding, VP of Silicon Multimedia, dated 01-07-03 | | | |
| 80 | 2584-2664 | Union Bank AES A/C#11800-18944 from 8-17-99 to 2-28-01 | | | |
| 81 | 2665-2703 | Wells Fargo Bank AES A/C# 0091-200816 from 1-4-99 to 6-13-01 | | | |
| 82 | 2704-2727 | Wells Fargo Bank AES A/C# 6098-673379 from 1-13-99 to 1-29-01 | | | |
| 83 | 2839 | Letter dated 01-13-2006 from Edward Swanson in re: Sheila Wu request for return of items seized from safe deposit box | | | |
| 84 | 2840-2848 | "Joseph" file found at MMFS containing checks cashed by Chaudhry | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 85 | 2932-2939 | Report of Laboratory Examination dated 4-25-06 of Chaudhry questioned and known handwriting | | | |
| 86 | 2940-2947 | Report of Laboratory Examination dated 4-25-06 of Khan questioned and known handwriting | | | |
| 87 | 3088-3154 | Known Handwriting of Mohammad Chaudhry submitted for Handwriting Analysis | | | |
| 88 | 2948-3087 | Unknown Handwriting submitted for Mohammad Chaudhry Handwriting Analysis | | | |
| 89 | 3209-3266 | Known Handwriting of Ali Khan submitted for Handwriting Analysis | | | |
| 90 | 3155-3208 | Unknown Handwriting submitted for Ali Khan Handwriting Analysis | | | |
| 91 | 3267-3280 | Alameda County Sheriff's Office-Transcript of call recorded 4-18-02 | | | |
| 92 | | CTRs filed on behalf of Chaudhry | | | |
| 93 | | Sentencing Report for Radu Tomescu | | | |
| 94 | | Sentencing Report for Sheila Wu | | | |
| 95 | 2776-2781 | Plea Agreement for Leng Kouch | | | |
| 96 | 2782-2792 | Plea Agreement for Radu Tomescu | | | |
| 97 | 2793-2799 | Plea Agreement for Adnan Torlak | | | |
| 98 | 2800-2809 | Plea Agreement for Sheila Wu | | | |
| 99 | 2810-2816 | Plea Agreement for Azeem Gholami | | | |
| 100 | 2817-2823 | Judgment in a Criminal Case for Leng Kouch | | | |
| 101 | 2824-2831 | Judgment in a Criminal Case for Radu Tomescu | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Admitted in Evidence |
|---|---|---|---|---|---|
| 102 | 2832-2838 | Judgment in a Criminal Case for Adnan Torlak | | | |
| 103 | | Judgment in a Criminal Case for Sheila Wu | | | |
| 104 | | Grand jury transcript for Radu Tomescu | | | |
| 105 | | Transcript for Radu Tomescu testimony in Walker trial | | | |
| 106 | | Transcript for Sheila Wu testimony in Walker trial | | | |
| 107 | 6676-6679 | Photos of RT Computers | | | |
| 108 | 6663-6664 | Index card & picture for Mohammad Chaudhry from ECL Enterprise Market & Deli | | | |
| 109 | 6661-6662 | CTR Form 4789 template provided by Edwin Lin on 1-24-03 | | | |
| 110 | | 1999 WWS cancelled checks seized from WWS | | | |
| 111 | | 2000 WWS cancelled checks seized from WWS | | | |
| 112 | | 2001 WWS cancelled checks seized from WWS | | | |
| 113 | 5882-5905 | Certified copy of Administrative File for Areena & Mohammad Chaudhry for 1996 | | | |
| 114 | 5906-6100 | Certified copy of Administrative File for Areena & Mohammad Chaudhry for 1997 (194 pages) | | | |
| 115 | 6101-6337 | Certified copy of Administrative File for Areena & Mohammad Chaudhry for 1998 (237 pages) | | | |
| 116 | 6338-6346 | Certified copy of Administrative File for Areena & Mohammad Chaudhry for 1998 (8 pages) | | | |
| 117 | 6347-6352 | Certified copy of Areena & Mohammad Chaudhry Administrative File for 1999 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Admitted in Evidence |
|---|---|---|---|---|---|
| 118 | 6353-6356 | Certified copy of Amina Chaudhry Form 1040EZ tax return for 1999 | | | |
| 119 | 6357-6360 | Certified copy of Rabea Chaudhry Form 1040A tax return for 1999 | | | |
| 120 | 6361-6369 | Certified copy of Rabea Chaudhry Form 1040 tax return for 2000 | | | |
| 121 | 6370-6377 | Certified copy of Areena & Mohammad Chaudhry Form 1040 for 1993 | | | |
| 122 | 6378-6385 | Certified copy of Areena & Mohammad Chaudhry Form 1040 for 1994 | | | |
| 123 | 6386-6390 | Certified copy of Areena & Mohammad Chaudhry Form 1040 for 1995 | | | |
| 124 | 6391-6400 | Certified copy of Areena & Mohammed Chaudhry Form 1040X for 1996 | | | |
| 125 | 6401-6406 | Certified copy of Areena & Mohammed Chaudhry Form 1040PC for 1997 | | | |
| 126 | 6407-6415 | Certified copy of Areena & Mohammed Y. Chaudhry Form 1040X for 1997 | | | |
| 127 | 6416-6418 | Certified copy of Areena & Mohammed Y. Chaudhry Form 1040PC for 1998 | | | |
| 128 | 6419-6428 | Certified copy of Areena & Mohammad Chaudhry Form 1040X for 1998 | | | |
| 129 | 6429-6433 | Certified copy of Areena & Mohammad Chaudhry Form 1040 for 1999 | | | |
| 130 | 6434-6445 | Certified copy of Areena & Mohammad Chaudhry Form 1040 for 2000 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 131 | 6446-6452 | Certified copy of Areena & Mohammad Chaudhry Form 1040 for 2001 | | | |
| 132 | 6453-6461 | Certified copy of Areena & Mohammad Chaudhry Form 1040 for 2002 | | | |
| 133 | 6462 | Certified copy of Lack of Record for Alternative Energy Systems years 1996, 2001, 2002 | | | |
| 134 | 6463-6470 | Certified copy of Alternative Energy System, Inc. Form 1120 for 1997 | | | |
| 135 | 6471-6477 | Certified copy of Alternative Energy System, Inc. Form 1120 for 1998 | | | |
| 136 | 6478-6484 | Certified copy of Alternative Energy System, Inc. Form 1120 for 1999 | | | |
| 137 | 6485-6493 | Certified copy of Alternative Energy System, Inc. Form 1120 for 2000 | | | |
| 138 | 6494-6502 | Certified copy of RT Computers, Inc. Administrative file for 9703 | | | |
| 139 | 6503-6513 | Certified copy of RT Computers, Inc. Administrative file for 9803 | | | |
| 140 | 6514-6524 | Certified copy of RT Computers, Inc. Form 1120 for 9603 | | | |
| 141 | 6525-6540 | Certified copy of RT Computers, Inc. Form 1120 for 9703 | | | |
| 142 | 6541-6558 | Certified copy of RT Computers, Inc. Form 1120 for 9803 | | | |
| 143 | 6559-6573 | Certified copy of RT Computers, Inc. Form 1120X for 9803 | | | |
| 144 | 6574-6588 | Certified copy of RT Computers, Inc. Form 1120 for 9903 | | | |
| 145 | 6589-6607 | Certified copy of RT Computers, Inc. Form 1120X for 9903 | | | |
| 146 | 6608-6617 | Certified copy of RT Computers, Inc. Form 1120 for 0003 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 147 | 6618-6625 | Certified copy of RT Computers, Inc. Form 1120 for 0103 | | | |
| 148 | 6626 | Certified copy of Lack of Record for RT Computers year 0203 | | | |
| 149 | 6627 | Advice of Rights signed by Ali Khan | | | |
| 150 | 6669-6671 | Transcript of conversation between Confidential witness & Chaudhry dated 5-24-01 at 3:55p | | | |
| 151 | 6672-6673 | Transcript of conversation between Confidential witness & Chaudhry dated 5-24-01 at 4:05p | | | |
| 152 | 6674-6675 | Transcript of conversation between Confidential witness & Chaudhry dated 5-25-01 at 12:00p | | | |
| 153 | 6780-7407 | ART Invoices from 1/99 through 12/99 provided by Joginder Sra on 8-30-06 | | | |
| 154 | 7408-7456 | RT Invoices for WWS & Complete Components obtained from search warrant at WWS | | | |
| 155 | 7457-7519 | Documents from Mail & Money Market search warrant | | | |
| 156 | 7531-7535 | Certified-County of San Mateo-Information Felony/Misdemeanor for M.Yousuf Chaudhry dated 7-11-94 | | | |
| 157 | 7536-7540 | Certified-County of San Mateo-Criminal Plea or Change of Plea for M.Yousuf Chaudhry dated 10-11-94 | | | |
| 158 | 7541-7543 | Certified-County of San Mateo-Sentencing Proceedings for M. Yousuf Chaudhry dated 1-3-97 | | | |
| 159 | 7544-7567 | Milpitas Police reports for case# 97-154-086 and booking sheets from 6-3-97 to 11-19-97 | | | |
| 160 | 7568-7577 | Certified-Santa Clara County-Case summary# 206078 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Date Admitted in Evidence |
|---|---|---|---|---|---|
| 161 | 7578-7843 | Bank of America A/C 05812-05356 in the name of Ali Khan 2000-2002 | | | |
| 162 | 7844-7872 | Bank of America Visa A/C 4024116005306210 in the name of Ali Khan 05-04-01 to 05-15-02 | | | |
| 163 | | Certified Form 4340, Certificate of Assessments for Areena R. & Mohammed Y. Chaudhry for 1998, 1999, 2000, 2001, 2002 | | | |
| 164 | | Certified Form 4340, Certificate of Assessments for RT Computers for 199603, 199703, 199803, 199903, 200003, 200103 | | | |
| 165 | | Certified Form 4340, Certificate of Assessments for Alternative Energy Systems for 1996, 1997,1998,1999, 2000 | | | |
| 166 | | IRS Certifications of Lack of Record for Registered Money Service Business for RT Computers, Chaudhry, Khan and AES | | | |