**SETH P. CHAZIN (CSBN 133777)**
Attorney at Law
**LAW OFFICES OF SETH P. CHAZIN**
1164 Solano Avenue, Suite 205
Albany, CA 94706
Telephone: (510) 558-9243
Facsimile: (510) 525-0087

**Attorney for Defendant**
**ALI KHAN**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR03-40210 SBA |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT KHAN'S JOINDER** |
| vs. ) | **IN DEFENDANT CHAUDHRY'S** |
| ) | **MOTIONS IN LIMINE** |
| ) | |
| ALI KHAN, ) | |
| ) | Date: September 11, 2007 |
| Defendant. ) | Time: 3:00 p.m. |
| ) | The Hon. Saundra Brown Armstrong |

**TO: THE UNITED STATES ATTORNEY AND THE CLERK OF THE ABOVE-ENTITLED COURT:**

   Defendant, ALI KHAN, by and through his counsel, SETH P. CHAZIN, hereby joins in the Motions In Limine (Document No. 102) heretofore filed in this matter by Defendant Mohammed Yousef Chaudhry.

**DATED: August 22, 2007.**

                                                     /s/
                                            **SETH P. CHAZIN**
                                            **Attorney for Defendant**
                                            **ALI KHAN**

1