**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MOHAMMED YOUSEF CHAUDRY AND
ALI H. KAHN,

        Defendants.

No. CR 03-40210 SBA

**ORDER**

Due to the medical condition of defendant Ali H. Khan, the pretrial conference scheduled for September 11, 2007, and the trial set for September 24, 2007, are hereby VACATED. Defendant Khan's motion for a continuance [Docket No. 119] is GRANTED. The time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(4). A trial setting is set for November 13, 2007, at 9 A.M.

IT IS SO ORDERED.

September 7, 2007

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge