IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 03-40210 SBA |
|     Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| CHAUDHRY, ET AL, | |
|     Defendant. | |

YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the **Trial Setting Conference** set for **November 13, 2007**, has been moved to, **November 6, 2007 at 9:00 a.m.**

Dated: 10/31/07                                        FOR THE COURT,
                                                                   Richard W. Wieking, Clerk

                                                                   By _____
                                                                   LISA R. CLARK
                                                                   Courtroom Deputy

To: