UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:11/6/07

CR 03-40210SBA                                JUDGE: SAUNDRA BROWN ARMSTRONG

MOHAMMAD CHAUDHRY PRESENT       ERIC BABCOCK
ALI KAHN    WAIVED                             SETH CHASIN

DEFENDANT(S)

TOM MOORE
U.S. ATTORNEY                                   ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark                    STARR WILSON
                                                Court Reporter

Interpreter                                     Probation Officer

PROCEEDINGS

**REASON FOR HEARING:**    TRIAL SETTING - HELD

**RESULT OF HEARING:**   COURT FINDS EXCLUDABLE TIME FROM TODAY TO 4/29/08 DUE TO CONTINUITY OF COUNSEL AND UNAVAILABILITY OF DEFENDANT KAHN DUE TO ILLNESS

**JUDGMENT:**

PROCEEDINGS

Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
Case Continued to  4/29/08       for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due 4/8/08     Motions in limine/objections to evidence due  4/15/08
Responses to motions in limine and/or responses to objections to evidence due 4/22/08
Case Continued to 5/12/08      for Trial(Court/Jury:  12    Days/weeks) at 8:30 a.m.
Case Continued to_____for Judgment & Sentencing as to Count(s) _____of the (Indictment/Information) @ 10:00 a.m.
Case Continued to_____for Change of Plea @ 11:00 a.m.
cc: