SETH P. CHAZIN (CSBN 133777)
LAW OFFICES OF SETH P. CHAZIN
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087
Attorney for Ali Khan

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>vs.<br><br>Ali Khan, et al,<br><br>Defendant. | CR-03-40210 SBA<br><br>STIPULATION RE DATE FOR JURY TRIAL; PROPOSED ORDER |

Insofar as counsel for Defendant Ali Khan was unaware of his unavailability on and about the date this matter is set for trial, May 12, 2008, Defendant, Ali Khan, by and through his counsel, Seth P. Chazin, Defendant Mohammad Chaudhry, by and through his counsel Erik Babcock, and The United States of America, by and through Assistant United States Attorney

Thomas Moore, hereby stipulate, and request the court so order, that the jury trial now set to begin on May 12, 2008, begin instead on June 4, 2008. It is thus further stipulated that the pre-trial conference in this matter be heard on May 20, 2008, that the pre-trial preparation shall be due on April 29, 2008, that motions in limine and evidentiary objections shall be filed by May 6, 2008, and that any opposition papers shall be filed by May 13, 2008.

Finally, pursuant to 18 U.S.C. 3161 (h) (3) (A) and (8) (A), it is hereby stipulated that the time period from November 6, 2007, to June 4, 2008, is excluded under the Speedy Trial Act in that additional time is required so defendant Khan can become healthy enough to attend his trial, in order for adequate preparation of counsel, to maintain continuity of counsel and in that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: November 20, 2007.

SETH P. CHAZIN
Attorney for Ali Khan

Dated: November 20, 2007.

ERIK BABCOCK
Attorney for Mohammad Chaudhry

Dated: November 20, 2007.

THOMAS MOORE
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ali Khan, et al.<br><br>　　　　　Defendant. | ) CR-03-40210 SBA<br>)<br>) PROPOSED ORDER CONTINUING<br>) TRIAL AND AMENDING PRE-TRIAL<br>) SCHEDULE<br>)<br>)<br>)<br>) |

Based upon the above stipulation of the parties to continue the jury trial and pre-trial schedule in this matter, and for GOOD CAUSE SHOWN, and insofar as the court finds that the ends of justice would be served by granting said continuance,

IT IS THUS HEREBY ORDERED, that the jury trial in this matter shall be continued to June 4, 2008, that the pre-trial conference shall be continued to May 20, 2008, that pre-trial preparation shall be filed by April 29, 2008, that motions in limine and evidentiary objections shall be filed by May 6, 2008, and that any opposition papers shall be filed by May 13, 2008.

Dated: November _____, 2007.

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

3