1

2  **SETH P. CHAZIN (CSBN 133777)**
3  **LAW OFFICES OF SETH P. CHAZIN**
   **Attorney at Law**
4  **1164 Solano Avenue**
   **Albany, CA 94706**
5  **Telephone:  (510) 507-8100**
6  **Facsimile: (510) 525-0087**
   **Attorney for Ali Khan**

7

8

9              **IN THE UNITED STATES DISTRICT COURT**

10        **IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                      **OAKLAND DIVISION**

12

13   _____

14   **United States of America,**            )        **CR-03-40210 SBA**
                                              )
15                                            )
                                              )
16                                            )        **STIPULATION RE DATE FOR**
                              **Plaintiff,**  )        **JURY TRIAL; XXXXXXXXXX**
17   **vs.**                                  )        **ORDER**
                                              )
18                                            )
                                              )
19                                            )
20   **Ali Khan, et al,**                     )
                                              )
21                       **Defendant.**       )
                                              )
22   _____ )

23        Insofar as counsel for Defendant Ali Khan was unaware of his unavailability on and about

24   the date this matter is set for trial, May 12, 2008, Defendant, Ali Khan, by and through his

25   counsel, Seth P. Chazin, Defendant Mohammad Chaudhry, by and through his counsel Erik

26   Babcock, and The United States of America, by and through Assistant United States Attorney

27

28

1

2   Thomas Moore, hereby stipulate, and request the court so order, that the jury trial now set to

3   begin on May 12, 2008, begin instead on June 4, 2008. It is thus further stipulated that the

4   pre-trial conference in this matter be heard on May 20, 2008, that the pre-trial preparation

5   shall be due on April 29, 2008, that motions in limine and evidentiary objections shall be

6   filed by May 6, 2008, and that any opposition papers shall be filed by May 13, 2008.

7

8       Finally, pursuant to 18 U.S.C. 3161 (h) (3) (A) and (8) (A), it is hereby stipulated that the

9   time period from November 6, 2007, to June 4, 2008, is excluded under the Speedy Trial Act

10  in that additional time is required so defendant Khan can become healthy enough to attend

11  his trial, in order for adequate preparation of counsel, to maintain continuity of counsel and in

12  that the ends of justice served by granting such a continuance outweigh the best interests of

13  the public and the defendant in a speedy trial.

14

15

16  Dated: November 20, 2007.

17                                          **SETH P. CHAZIN**
                                            **Attorney for Ali Khan**
18

19

20  Dated: November 20, 2007.

21                                          **ERIK BABCOCK**
                                            **Attorney for Mohammad Chaudhry**
22

23

24  Dated: November 20, 2007.

25                                          **THOMAS MOORE**
                                            **Assistant United States Attorney**
26

27

28                                          2

1
2
3
4
5

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

6
7  **United States of America,**                    )  **CR-03-40210 SBA**
                                                    )
8                   **Plaintiff,**                   )  XXXXXXXX ORDER CONTINUING
                                                    )  **TRIAL AND AMENDING PRE-TRIAL**
9  **vs.**                                          )  **SCHEDULE**
                                                    )
10   **Ali Khan, et al.**                            )
                                                    )
11                  **Defendant.**                   )
                                                    )
12

13      Based upon the above stipulation of the parties to continue the jury trial and pre-trial schedule in

14   this matter, and for GOOD CAUSE SHOWN, and insofar as the court finds that the ends of justice would

15

16   be served by granting said continuance,

17      IT IS THUS HEREBY ORDERED, that the jury trial in this matter shall be continued to

18   June 2, 2008, that the pre-trial conference shall be continued to May 20, 2008, that pre-trial

19   preparation shall be filed by April 29, 2008, that motions in limine and evidentiary objections

20

21   shall be filed by May 6, 2008, and that any opposition papers shall be filed by May 13, 2008.

22   **Dated: November _27_, 2007.**

23
24
25   _____
     **THE HONORABLE SAUNDRA BROWN ARMSTRONG**
     **UNITED STATES DISTRICT COURT JUDGE**
26
27
28
                                    3