**SETH P. CHAZIN CSBN 133777**
**Law Offices of Seth P. Chazin**
**1164 Solano Avenue, Suite 205**
**Albany, CA 94706**
**Telephone: (510) 507-8100**
**Facsimile: (510) 525-0087**

**Attorney for Defendant**
**ALI KHAN**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| United States of America, | Case No. CR-03-40210 SBA |
| Plaintiff, | APPLICATION FOR |
| vs. | ORDER PERMITTING |
| | RELEASE OF PASSPORT |
| Ali Khan, | |
| Defendant. | |

**TO: THE HONORABLE MAGISTRATE WAYNE BRAZILE:**

DEFENDANT, ALI KHAN, by and through his counsel, SETH P. CHAZIN, hereby makes this application for an order permitting the defendant to obtain his passport from the court in order apply for Social Security Disability Benefits. The Defendant has been informed that his original passport is required to be presented to the Social Security Administration Office at two-separate appointments before Social Security Disability Benefits can be approved.

The Defendant's passport was seized by the Court when charges were filed in this matter. Thus, the Defendant is requesting that the Court order the temporary

1  release of his passport to him on March 24, 2008, and that the Defendant surrender
2  the passport back to the Court on March 28, 2008.
3      Defendant's counsel has communicated with Assistant U.S. Attorney Kirsten
4  Ault and Ms. Ault has indicated that she has no objection to the Defendant's request.
5      I declare under penalty of perjury under the laws of the state of California and
6  the United States of America that the foregoing is true and correct and was executed
7  on March 13, 2008, in Albany, California..

          /s/
    **SETH P. CHAZIN**
    **Attorney at Law**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| United States of America, | Case No. CR-03-40210 SBA |
| Plaintiff, | ORDER PERMITTING |
| vs. | RELEASE OF PASSPORT |
| Ali Khan, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant's passport shall be released to the Defendant on March 24, 2008, and that said passport shall be surrendered by the Defendant back to the Court on March 28, 2008.

**Dated:** March 20, 2008

*Wayne D. Brazil*

**WAYNE BRAZIL**, United States Magistrate Judge