SETH P. CHAZIN (CSBN 133777)
LAW OFFICES OF SETH P. CHAZIN
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087
Attorney for Ali Khan

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CR-03-40210 SBA |
| | ) | |
| | ) | |
| | ) | STIPULATION RE SPECIAL |
| Plaintiff, | ) | ACCOMMODATIONS FOR |
| vs. | ) | ORDER DEFENDANT KHAN; |
| | ) | PROPOSED ORDER |
| | ) | |
| Ali Khan, et al, | ) | |
| | ) | |
| Defendant. | ) | |

Insofar as the defendant Ali Khan has serious medical conditions relating to recent open heart surgery and Type 2 Diabetes, Defendant, Ali Khan, by and through his counsel, Seth P. Chazin, Defendant Mohammad Chaudhry, by and through his counsel Erik Babcock, and The United States of America, by and through Assistant United States Attorney Kirstin Ault,

08 11:52    5104528405                              ERIK BABCOCK
            RECEIVED 05/09/2008 10:52    5104528405                          PAGE  01/01
3 11:00a    law office of seth p. cha                       ERIK BABCOCK
                                                        510-525-0087
08 10:09 From:US ATTORNEY         4154366982         To:510 525 0087           p.3
-2008 14:11 From:US ATTORNEY      4154367234         To:4154366982             P.3/4
07 08 02:14p    law office of seth p. cha                510-525-0087          p.3

hereby stipulate, and request the court so order, that defendant Ali Khan be permitted to use a stool or chair to prop his legs up during the jury trial in this matter and that the court allow recesses of a minimum of 30 minutes every two to three hours for the duration of the jury trial.

Dated: May 9, 2008.

SETH P. CHAZIN
Attorney for Ali Khan

Dated: May 9, 2008.

ERIK BABCOCK
Attorney for Mohammed Chaudhry

Dated: May 8, 2008.

KIRSTIN AULT
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Ali Khan, et al.<br><br>    Defendant. | ) CR-03-40210 SBA<br>)<br>) ORDER RE SPECIAL ACCOMMODATIONS<br>) FOR DEFENDANT ALI KHAN<br>)<br>)<br>)<br>)<br>) |

  Based upon the above stipulation of the parties to permit special accommodations for Defendant Ali Khan, and for GOOD CAUSE SHOWN,

  IT IS HEREBY ORDERED that the defendant is permitted to use a stool or chair to prop his legs up during the jury trial in this matter and that the court shall allow recesses of a minimum of 30 minutes every two to three hours for the duration of the jury trial in this matter.

Dated: May _____, 2008.

                THE HONORABLE SAUNDRA BROWN ARMSTRONG
                UNITED STATES DISTRICT COURT JUDGE