SETH P. CHAZIN (CSBN 133777)
LAW OFFICES OF SETH P. CHAZIN
Attorney at Law
1164 Solano Avenue
Albany, CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087
Attorney for Ali Khan

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| United States of America, | ) | CR-03-40210 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION RE SPECIAL ACCOMMODATIONS FOR ORDER DEFENDANT KHAN; PROPOSED ORDER |
| vs. | ) | |
| Ali Khan, et al, | ) | |
| Defendant. | ) | |

Insofar as the defendant Ali Khan has serious medical conditions relating to recent open heart surgery and Type 2 Diabetes, Defendant, Ali Khan, by and through his counsel, Seth P. Chazin, Defendant Mohammad Chaudhry, by and through his counsel Erik Babcock, and The United States of America, by and through Assistant United States Attorney Kirstin Ault,

08 11:52      5104528405                                    ERIK BABCOCK
            RECEIVED  05/09/2008 10:52   5104528405                        PAGE  01/01
3 11:00a   law office of seth p. cha                        ERIK BABCOCK
                                                            510-525-0087
08 10:09 From:US ATTORNEY        4154366982                                       p.3
                                                    To:510 525 0087         P.3/4
-2008 14:11 From:US ATTORNEY      4154367234        To:4154366982           P.3/4
07 08 02:14p    law office of seth p. cha
                                                            510-525-0087           p.3

hereby stipulate, and request the court so order, that defendant Ali Khan be permitted to use a stool or chair to prop his legs up during the jury trial in this matter and that the court allow recesses of a minimum of 30 minutes every two to three hours for the duration of the jury trial.

Dated: May 9, 2008.

SETH P. CHAZIN
Attorney for Ali Khan

Dated: May 9, 2008.

ERIK BABCOCK
Attorney for Mohammad Chaudhry

Dated: May 8, 2008.

KIRSTIN AULT
Assistant United States Attorney

2

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ali Khan, et al.<br><br>　　　　　Defendant. | CR-03-40210 SBA<br><br>ORDER RE SPECIAL ACCOMMODATIONS<br>FOR DEFENDANT ALI KHAN |

Based upon the above stipulation of the parties to permit special accommodations for Defendant Ali Khan, and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that the defendant is permitted to use a stool or chair to prop his legs up during the jury trial in this matter and that the court shall allow recesses of a minimum of 30 minutes every two to three hours for the duration of the jury trial in this matter.

Dated: May 14, 2008.

_____
THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

3