1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   THOMAS MOORE (ASB 4305-T78O)
    KIRSTIN M. AULT  (CABN 206052)

5   Assistant United States Attorneys

6       450 Golden Gate Ave., Box 36055
        San Francisco, CA 94102

7       Telephone: (415) 436-6935, 6940
        Facsimile: (415) 436-7234

8       E-mail: thomas.moore@usdoj.gov
                kirstin.ault@usdoj.gov

9

10  Attorneys for Plaintiff

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              OAKLAND DIVISION

14  UNITED STATES OF AMERICA,     )    No.  CR 03-40210 SBA
                                  )
15          Plaintiff,            )
                                  )
16      v.                        )    **UNITED STATES' SECOND REVISED**
                                  )    **EXHIBIT LIST**
17  MOHAMMAD YOUSUF CHAUDHRY,     )
    and                           )    Pretrial:     May 19, 2008
18  ALI H. KHAN,                  )    Trial Date:   June 2, 2008
                                  )    Time:         8:30 a.m.
19          Defendants.           )    Court:        Courtroom No. 3
                                  )                  Hon. S. Brown Armstrong
20  _____

21          The United States hereby submits its Second Revised Exhibit List in the above-captioned

22  matter.  The United States respectfully reserves its right to amend its Exhibit List upon further

23  review of the evidence.

24  DATED: May 16, 2008                  Respectfully Submitted,

25                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney

26
                                         /s
27
                                         _____
28                                       THOMAS MOORE
                                         KIRSTIN M. AULT
                                         Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
for the Northern District of California

Case No.   CR 03-40210 SBA              Date   June 2, 2008
      United States          vs.   Mohammad Yousuf Chaudhry & Ali H. Khan

| **EXHIBIT LIST** | | |
| :---: | :---: | :---: |
| X   Plaintiff | | ☐   Defendant |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
| --- | --- | --- | --- | --- | --- |
| | | | | Marked for Identification | Admitted in Evidence |
| **Tax Returns** | | | | | |
| 1 | 6574-6588 | Federal Corporate Income Tax Return fiscal year ending March 31, 1999 - RT COMPUTERS | | | |
| 1a | 6589-6607 | Amended 1120X of 199903 for RT Computers | | | |
| 2 | 6608-6617 | Federal Corporate Income Tax Return fiscal year ending March 31, 2000 - RT COMPUTERS | | | |
| 3 | 6618-6625 | Federal Corporate Income Tax Return fiscal year ending March 31, 2001 - RT COMPUTERS | | | |
| 4 | 6478-6484 | Federal Corporate Income Tax Return for tax year 1999 – Alternative Energy Systems | | | |
| 5 | 6485-6493 | Federal Corporate Income Tax Return for tax year 2000 – Alternative Energy Systems | | | |
| **Checks and Invoices** | | | | | |
| 6 | 1204-1276 | Complete Components' bank statement and related checks 4/23/98-2/18/99 (06631 and 06633 accounts) | | | |
| 6a | 1204-1213 | Complete Components' bank statement and related checks 4/23/98-5/20/98 (06633 account) | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 6b | 1214-1218 | Complete Components' bank statement and related checks 5/21/98-6/22/98 (06633 account) | | | |
| 6c | 1265-1271 | Complete Components' bank statement and related checks 5/21/98-6/22/98 (06631 account) | | | |
| 6d | 1219-1222 | Complete Components' bank statement and related checks 8/22/98-9/22/98 (06633 account) | | | |
| 6e | 1272-1275 | Complete Components' bank statement and related checks 8/22/98-9/22/98 (06631 account) | | | |
| 6f | 1223-1235 | Complete Components' bank statement and related checks 9/23/98-10/22/98 (06633 account) | | | |
| 6g | 1276a-d | Complete Components' bank statement and related checks 9/23/98-10/22/98 (06631 account) | | | |
| 6h | 1236-1241 | Complete Components' bank statement and related checks 10/23/98-11/19/98 (06633 account) | | | |
| 6i | 1242-1247 | Complete Components' bank statement and related checks 11/20/98-12/22/98 (06633 account) | | | |
| 6j | 1248-1254 | Complete Components' bank statement and related checks 12/23/98-1/21/99 (06633 account) | | | |
| 6k | 1255-1264 | Complete Components' bank statement and related checks 1/22/99-2/18/99 (06633 account) | | | |
| 7 | 223-225 | WWS checks 3/1/99-3/31/99 | | | |
| 8 | 226-365 | WWS checks 4/1/99-3/31/00 | | | |
| 8a | 238-242 | WWS checks #1524-#1528 | | | |
| 8b | 244-249 | WWS checks #1682-#1687 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 8c | 270-279 | WWS checks #1864-#1873 | | | |
| 8d | 316-328 | WWS checks #2155-#2167 | | | |
| 8e | 335-339 | WWS checks #2285-#2289 | | | |
| 8f | 349-365 | WWS checks #2408-#2424 | | | |
| 9 | 366-407 | WWS checks 4/1/00-3/31/01 | | | |
| 9a | 372-383 | WWS checks #2626-#2667 | | | |
| 10 | 408 | WWS checks 4/1/01- | | | |
| 11 | 7408-7456 | RT invoices to Complete Components / WWS | | | |
| 11a | 7425-7452 | RT invoices 4/1/98-3/31/99 | | | |
| 11b | 7453-7456 | RT invoices 4/1/99-3/31/00 | | | |
| 12 | 410-447 | Handwritten Reconciliation for WWS 1999-2000 | | | |
| 13 | 1277-1291 | Compu4Less checks 1999 | | | |
| 13a | 1282-1285 | Compu4Less checks #1173-#1176 | | | |
| 14 | 1292-1316 | Compu4Less checks 2000 | | | |
| 14a | 1299-1304 | Compu4Less checks #1357-#1362 | | | |
| 15 | 1317-1318 | Compu4Less invoices | | | |
| 16 | 1319-1355 | Compu4Less shipping records | | | |
| 17 | 1455-1494 | Goldeneye checks to RT/AES through 3/31/00 | | | |
| 17a | 1487-1489 | Goldeneye checks  #1666-#1668 | | | |
| 17b | 1490-1494 | Goldeneye checks  #1673-#1677 | | | |
| 18 | 1420-1454 | Goldeneye invoices from RT/AES through 3/31/00 | | | |
| 19 | 1514-1534 | Goldeneye checks to RT/AES 4/1/00-3/31/01 | | | |
| 20 | 1495-1513 | Goldeneye invoices from RT/AES 4/1/00-3/31/01 | | | |
| 21 | 448-458 | CBF Marketing checks and related documents 1999-2000 | | | |
| 22 | 1356-1411 | Computers & Software Sales Invoices, checks, shipping documents through 3/31/00 | | | |
| 23 | 1412-1419 | Computers & Software Sales Invoices, checks, shipping documents through 3/31/01 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 24 | 1535-1597 | RT invoices to Intrax Group through 3/31/99 | | | |
| 25 | 1598-1650 | Intrax Group checks through 3/31/99 | | | |
| 26 | 1651-1719 | RT invoices to Intrax Group through 3/31/00 | | | |
| 27 | 1720-1784 | Intrax Group checks through 3/31/00 | | | |
| 28 | 1785-1812 | RT invoices to Intrax Group through 3/31/01 | | | |
| 29 | 1813-1840 | Intrax Group checks through 3/31/01 | | | |
| 30 | 1841-1847 | RT invoices to Intrax Group 4/1/01-3/14/02 | | | |
| 31 | 1848-1852 | Intrax Group checks 4/1/01-3/14/02 | | | |
| 32 | 2560-2581 | Justdeals checks and invoices | | | |
| 33 | 1853-1862 | Powerhouse Microproducts checks 12/19/00 and 03/14/01 | | | |
| 33a | 1853-1854 | Powerhouse Microproducts checks #1505-#1508 | | | |
| 34 | 1864-1877 | R&J Technology checks and RT invoices 1999-2000 | | | |
| 35 | 1878-1885 | Silicon Multimedia check and RT invoices 2001-2002 | | | |
| 36 | 1886-1892 | Surplus Specialist checks and inventory list 2001-2002 | | | |
| 37 | 6893-6901, 6984-6988 | Allied Resource Technology (ART) checks, invoices and invoice sheets | | | |
| 37a | 6894-6897 | ART checks to RT Computers | | | |
| 37b | 6898-6899 | RT Computers invoices to ART | | | |
| 37c | 6900-6901 | ART Invoice Sheet for Feb. 1999 | | | |
| 37d | 6985-6986 | ART Invoice Sheet for Mar. 1999 | | | |
| 37e | 6988 | RT Computers invoice to ART | | | |
| **Photographs** | | | | | |
| 38a | 6676 | Photograph of RT / AES | | | |
| 38b | 6677 | Photograph of RT / AES | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 38c | 6679 | Photograph of RT / AES | | | |
| 39a | 3283 | Photograph of WWS | | | |
| 39b | 3287 | Photograph of WWS | | | |
| 39c | 3288 | Photograph of WWS | | | |
| 39d | 3290 | Photograph of WWS | | | |
| 39e | 3292 | Photograph of WWS | | | |
| 39f | 3293 | Photograph of WWS | | | |
| 39g | 3294 | Photograph of WWS | | | |
| **Bank Records** | | | | | |
| 40 | 2252-2253 | Certification of Custodian of Records for Bank of America Documents re: Complete Components' / WWS Accounts | | | |
| 41 | 2550 | Certification of Custodian of Records for Union Bank of CA re: RT Computers Account | | | |
| 42 | 2584 | Certification of Custodian of Records for Union Bank of CA re: AES Account | | | |
| 43 | 2665-2666 | Certification of Custodian of Records for Wells Fargo re: AES Accounts | | | |
| 44 | 7579-7580 | Certification of Custodian of Records for Bank of America Documents re: Ali Khan checking account | | | |
| 45 | 715-1203 | Union Bank of CA records for RT Computers Account | | | |
| 45a | 8764-8775 | Summary of Union Bank of CA records for RT Computers account | | | |
| 46a | 759,797, 833, 877, 972, 1012, 1015, 1056, 1058, 1069, 1088, 1111, 1113, | Union Bank checks to Allied Resources Technology/Joginder Sra | | | |
| 46b | 732, 828 | Union Bank checks to CBF Marketing | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 46c | 908-909 | Union Bank checks to ECL | | | |
| 46d | 785, 841-42, 844-46, 848-50, 852, 854-56, 889, 1136 | Union Bank checks to family members | | | |
| 46e | 1010, 1014 | Union Bank checks to Justdeals | | | |
| 46f | 800-01, 853, 857, 894, 912, 915, 929, 988, 990, 1065, 1067, 1182 | Union Bank checks to Ali Khan | | | |
| 46g | 749, 821-22, 837, 974, 985, 1026 | Union Bank checks to Laslo Auto | | | |
| 46h | 843, 847, 851, 893 | Union Bank checks to M. Chaudhry | | | |
| 46i | 799, 879-80, 911, 914, 916, 953-54, 978-79, 1021, 1028, 1049, 1053, 1142 | Union Bank checks Misc. | | | |
| 46j | 734, 791, 813, 829, 876, 950-52, 960, 991, 1019, 1025, 1054-55, 1057, 1072, 1087, 1092-93, 1104-05, 1107, 1112, 1122, 1125-26, 1137, 1141, 1165 | Union Bank checks for product purchases | | | |
| 46k | 746, 825, 892 | Union Bank checks for real estate | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 46l | 783, 819, 875, 971, 1013, 1051-52, 1090-91, 1128-29 | Union Bank checks for rent | | | |
| 46m | 754, 757, 789, 973, 1050 | Union Bank checks for storage | | | |
| 46n | 881-83, 984 | Union Bank checks for taxes | | | |
| 47a | 729-30, 946-47, 1120-21 | Union Bank deposits from CBF | | | |
| 47b | 737-40, 777-78, 866-67, 870-71, 944-45, 948-49, 1000-01 | Union Bank deposits from Comp4Less | | | |
| 47c | 718-21, 806-07, 996-97 | Union Bank deposits from Comp. & Software Sales | | | |
| 47d | 720-21, 1116-17 | Union Bank deposits from Goldeneye | | | |
| 47e | 725-26, 743-44, 762-67, 771-72, 779-80, 804-05, 808-09, 864-65, 868-69, 897-900, 932-33, 1002-03, 1035-36, 1041-42, 1045-48, 1083-86, 1149-50, 1175-76, 1185-86 | Union Bank deposits from Intrax | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 47f | 741-42, 810-11, 901-02, 1075-76, 1081-82 | Union Bank deposits from Justdeals | | | |
| 47g | 942-43, 998-99, 1004-05, 1079-80, 1162-63 | Union Bank deposits from Powerhouse Microproducts | | | |
| 47h | 860-61 | Union Bank deposits from R&J | | | |
| 47i | 936-37, 1033-34, 1037-40, 1149-50 | Union Bank deposits from WWS | | | |
| 48 | 2586-2664 | Union Bank of CA records for AES Account | | | |
| 48a | 8776-8777 | Summary of Union Bank of CA records for AES account | | | |
| 49 | 2668-2703 | Wells Fargo records for AES checking account | | | |
| 49a | 8778-8781 | Summary of Wells Fargo records for AES checking account | | | |
| 50 | 2704-2727 | Wells Fargo records for AES savings account | | | |
| 50a | 8782 | Summary of Wells Fargo records for AES savings account | | | |
| 51 | 7584-7843 | Bank of America records for Ali Khan checking account | | | |
| 51a | | Summary of Bank of America records for Ali Khan checking account | | | |
| **CTR's** | | | | | |
| 52 | 2280-2286 18583-18590 | CTR filed by ECL dated 9/16/98 | | | |
| 53 | 2271-2279 18573-18582 | CTR filed by ECL dated 10/6/98 | | | |
| 54 | 2287-2302 18583 18591-18605 | CTR filed by ECL dated 11/10/98 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 55 | 2303-2313 18583 18606-18616 | CTR filed by ECL dated 12/2/98 | | | |
| 56 | 2314-2320 18583 18617-18623 | CTR filed by ECL dated 2/2/99 | | | |
| 57 | 2321-2335 18583 18624-18638 | CTR filed by ECL dated 3/9/99 | | | |
| 58 | 2336-2352 18583 18639-18655 | CTR filed by ECL dated 4/15/99 | | | |
| 59 | 2353-2364 18583 18656-18667 | CTR filed by ECL dated 5/15/99 | | | |
| 60a | 2365-2370 18583 18668-18673 | CTR filed by ECL dated 6/11/99 | | | |
| 60b | 2388-2393 18583 18674-18679 | CTR filed by ECL dated 6/11/99 | | | |
| 60c | 2382-2387 18583 18680-18685 | CTR filed by ECL dated 6/11/99 | | | |
| 60d | 2377-2381 18583 18686-18690 | CTR filed by ECL dated 6/11/99 | | | |
| 60e | 2371-2376 18583 18691-18696 | CTR filed by ECL dated 6/11/99 | | | |
| 60f | 2394-2399 18583 18697-18702 | CTR filed by ECL dated 6/11/99 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 60g | 2400-2405 18583 18703-18708 | CTR filed by ECL dated 6/11/99 | | | |
| 61 | 2406-2411 18583 18713-18718 | CTR filed by ECL dated 6/16/99 | | | |
| 62 | 2417-2421 18583 18719-18723 | CTR filed by ECL dated 7/5/99 | | | |
| 63a | 2426-2430 18583 18724-18728 | CTR filed by ECL dated 7/8/99 | | | |
| 63b | 2422-2425 18583 18709-18712 | CTR filed by ECL dated 7/8/99 | | | |
| 64 | 2412-2416 18583 18729-18731 | CTR filed by ECL dated 6/25/01 | | | |
| 65a | 474-475 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 65b | 476-477 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 65c | 468-471 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 65d | 473 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 65e | 472 | CTR filed by RT Computers for Computers4Less dated 8/22/00 | | | |
| 65f | 459-462 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 65g | 479-482 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 65h | 478 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 65i | 467-485 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 65j | 463-466 | CTR filed by RT Computers for Computers4Less dated 8/25/00 | | | |
| 66 | 486-492 | CTR filed by RT Computers for Computers & Software Sales dated 8/25/00 | | | |
| 67a | 497-500 | CTR filed by RT Computers for Golden Eye dated 8/25/00 | | | |
| 67b | 493-496 | CTR filed by RT Computers for Golden Eye dated 8/25/00 | | | |
| 68a | 501-504 | CTR filed by RT Computers for Golden Eye dated 9/30/00 | | | |
| 68b | 505-508 | CTR filed by RT Computers for Golden Eye dated 9/30/00 | | | |
| 69a | 514 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69b | 516 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69c | 515 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69d | 517 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69e | 510 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69f | 509 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69g | 511 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69h | 518 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69i | 519 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69j | 513 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69k | 512 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 69l | 520 | CTR filed by RT Computers for Intrax dated 8/25/00 | | | |
| 70 | 521-524 | CTR filed by RT Computers for Intrax dated 9/30/00 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 71a | 525 | CTR filed by RT Computers for Powerhouse dated 8/25/00 | | | |
| 71b | 526 | CTR filed by RT Computers for Powerhouse dated 8/25/00 | | | |
| 71c | 527 | CTR filed by RT Computers for Powerhouse dated 8/25/00 | | | |
| 72a | 528-531 | CTR filed by RT Computers for Powerhouse dated 9/30/00 | | | |
| 72b | 532-535 | CTR filed by RT Computers for Powerhouse dated 9/30/00 | | | |
| 72c | 536-539 | CTR filed by RT Computers for Powerhouse dated 8/25/00 | | | |
| 73 | 540-543 | CTR filed by RT Computers for Powerhouse dated 10/20/00 | | | |
| 74a | 544 | CTR filed by RT Computers for R&J Technology dated 8/25/00 | | | |
| 74b | 545 | CTR filed by RT Computers for R&J Technology dated 8/25/00 | | | |
| 74c | 547 | CTR filed by RT Computers for R&J Technology dated 8/25/00 | | | |
| 74d | 546 | CTR filed by RT Computers for R&J Technology dated 8/25/00 | | | |
| 74e | 559-562 | CTR filed by RT Computers for R&J Technology dated 8/25/00 | | | |
| 74f | 548-551 | CTR filed by RT Computers for R&J Technology dated 8/25/00 | | | |
| 74g | 552-558 | CTR filed by RT Computers for R&J Technology dated 8/25/00 | | | |
| 75a | 563-566 | CTR filed by RT Computers for R&J Technology dated 9/30/00 | | | |
| 75b | 567-570 | CTR filed by RT Computers for R&J Technology dated 9/30/00 | | | |
| 76a | 626-630 18746 18747-18751 | CTR filed by RT Computers for Sheila Wu dated 8/21/00 | | | |
| 76b | 641-645 18746 18752-18756 | CTR filed by RT Computers for Sheila Wu dated 8/21/00 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 76c | 607-608 18863 18864-18865 | CTR filed by RT Computers for Sheila Wu dated 8/21/00 | | | |
| 76d | 616-620 18746 18757-18761 | CTR filed by RT Computers for Sheila Wu dated 8/21/00 | | | |
| 77a | 656-660 18746 18762-18766 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77b | 651-655 18746 18767-18771 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77c | 581-582 18863 18866-18867 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77d | 583-584 18863 18868-18869 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77e | 571-572 18863 18870-18871 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77f | 573-574 18863 18872-18873 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77g | 611-615 18746 18772-18776 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77h | 609-610 18863 18874-18875 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77i | 601-602 18863 18876-18877 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 77j | 599-600 18863 18878-18879 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77k | 621-625 18746 18777-18791 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77l | 631-635 18746 18792-18796 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77m | 636-640 18746 18797-18801 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77n | 646-650 18746 18802-18806 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77o | 661-665 18746 18807-18811 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77p | 666-670 18746 18812-18816 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77q | 603-604 18863 18880-18881 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77r | 605-606 18863 18882-18883 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77s | 587-588 18863 18884-18885 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77t | 591-592 18863 18886-18887 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 77u | 575-576 18863 18888-18889 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77v | 585-586 18863 18890-18891 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77w | 579-580 18863 18892-18893 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 77x | 577-578 18863 18894-18895 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 78a | 671-675 18746 18817-18821 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 78b | 701-705 18746 18822-18826 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 78c | 595-596 18863 18896-18897 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 78d | 597-598 18863 18898-18899 | CTR filed by RT Computers for Sheila Wu dated 8/25/00 | | | |
| 79 | 706-709 18858-18862 | CTR filed by RT Computers for Sheila Wu dated 9/30/00 | | | |
| 80a | 710-714 18852-18857 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |
| 80b | 696-700 18746 18827-18831 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |
| 80c | 691-695 18746 18832-18836 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 80d | 676-680 18746 18837-18841 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |
| 80e | 589-590 18863 18900-18901 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |
| 80f | 686-690 18746 18842-18846 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |
| 80g | 681-685 18746 18847-18851 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |
| 80h | 593-594 18863 18902-18903 | CTR filed by RT Computers for Sheila Wu received 3/19/01 | | | |
| 81 | 18541-18544 | CTR filed by RT Computers for Source Top received 9/5/00 | | | |
| **Check Cashing** | | | | | |
| 82 | 2840-2848 | "Joseph" File found at MMFS | | | |
| 83 | 7457 | Chaudhry's M&MM signature card | | | |
| 84 | 7458-7460 | M&MM CTR's | | | |
| 85 | 7461 | M&MM check casher permit | | | |
| 86 | 7467-7468 | M&MM registration of money services business 2001 | | | |
| 87 | 7465-7466 | IRS acknowledgment | | | |
| 88 | 7475-7484 | Misc. correspondence re: money services business | | | |
| 89 | 8360-8367 | IRS Certifications regarding M. Chaudhry's registration as a money services business | | | |
| 89a | 8360-8361 | Certification for M. Chaudhry | | | |
| 89b | 8362-8363 | Certification for RT Computers | | | |
| 89c | 8364-8365 | Certification for AES | | | |
| 89d | 8366-8367 | Certification for Ali Khan | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date Marked for Identification | Admitted in Evidence |
|---|---|---|---|---|---|
| 90 | 8369 | California Department of Justice Certification regarding M. Chaudhry's registration as a check casher | | | |
| 91 | 8370 | United States Department of Justice Certification regarding M. Chaudhry's registration as a check casher | | | |
| 92 | 8368 | Union Bank of California Certification regarding AES CTR's | | | |
| 93 | 8371-8388 | IRS Certifications regarding Mail and Money Market (MMM) & Azeem Gholami CTR's | | | |
| 93a | 8371-8372 | Certification for Gholami & AES | | | |
| 93b | 8373-8374 | Certification for Gholami & RT | | | |
| 93c | 8375-8376 | Certification for Gholami & Chaudhry | | | |
| 93d | 8377-8378 | Certification for Gholami & Khan | | | |
| 93e | 8379-8380 | Certification for MMM & AES | | | |
| 93f | 8381-8382 | Certification for MMM & Chaudhry | | | |
| 93g | 8383-8384 | Certification for MMM & Khan | | | |
| 93h | 8385-8386 | Certification for MMM & RT | | | |
| 93i | 8387-8388 | Certification for Gholami or MMM & Yosuf Chaudhry | | | |
| 94 | 16748-16859 Walker CD | IRS Title 31 case file of ECL Enterprise Market & Deli | | | |
| **Tax Transcripts** | | | | | |
| 95 | 8687-8689 | Transcript RT Computers 4/1/95-3/31/96 | | | |
| 96 | 8690-8693 | Transcript RT Computers 4/1/96-3/31/97 | | | |
| 97 | 8694-8697 | Transcript RT Computers 4/1/97-3/31/98 | | | |
| 98 | 8698-8701 | Transcript RT Computers 4/1/98-3/31/99 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 99 | 8702-8704 | Transcript RT Computers 4/1/99-3/31/00 | | | |
| 100 | 8705-8707 | Transcript RT Computers 4/1/00-3/31/01 | | | |
| 101 | 8708-8710 | Transcript RT Computers 4/1/01-3/31/02 | | | |
| 102 | 8672-8674 | Transcript AES 1996 | | | |
| 103 | 8675-8677 | Transcript AES 1997 | | | |
| 104 | 8678-8680 | Transcript AES 1998 | | | |
| 105 | 8681-8683 | Transcript AES 1999 | | | |
| 106 | 8684-8686 | Transcript AES 2000 | | | |
| 107 | 8655-8658 | Transcript M. Chaudhry 1998 | | | |
| 108 | 8659-8661 | Transcript M. Chaudhry 1999 | | | |
| 109 | 8662-8665 | Transcript M. Chaudhry 2000 | | | |
| 110 | 8666-8668 | Transcript M. Chaudhry 2001 | | | |
| 111 | 8669-8671 | Transcript M. Chaudhry 2002 | | | |
| **Additional Tax Returns** | | | | | |
| 112 | 6514-6524 | RT Computers Return 4/1/95-3/31/96 | | | |
| 113 | 6525-6540 | RT Computers Return 4/1/96-3/31/97 | | | |
| 114 | 6541-6558 | RT Computers Return 4/1/97-3/31/98 | | | |
| 115 | 6559-6573 | RT Computers Amended Return 4/1/97-3/31/98 | | | |
| **Personal Returns** | | | | | |
| 116 | 6370-6377 | M. & A. Chaudhry Return 1993 | | | |
| 117 | 6378-6385 | M. & A. Chaudhry Return 1994 | | | |
| 118 | 6386-6390 | M. & A. Chaudhry Return 1995 | | | |
| 119 | | M. & A. Chaudhry Return 1996 | | | |
| 120 | 6391-6400 | M. & A. Chaudhry Amended Return 1996 | | | |
| 121 | 6401-6406 | M. & A. Chaudhry Return 1997 | | | |
| 122 | 6407-6415 | M. & A. Chaudhry Amended Return 1997 | | | |
| 123 | 6416-6418 | M. & A. Chaudhry Return 1998 | | | |
| 124 | 6419-6428 | M. & A. Chaudhry Amended Return 1998 | | | |
| 125 | 6429-6433 | M. & A. Chaudhry Return 1999 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 126 | 6353-6356 | Amina Chaudhry Return 1999 | | | |
| 127 | 6357-6360 | Rabea Chaudhry Return 1999 | | | |
| 128 | 6434-6445 | M. & A. Chaudhry Return 2000 | | | |
| 129 | 6361-6369 | Rabea Chaudhry Return 2000 | | | |
| 130 | 6446-6452 | M. & A. Chaudhry Return 2001 | | | |
| 131 | 6453-6461 | M. & A. Chaudhry Return 2002 | | | |
| **Summary Exhibits** | | | | | |
| 132 | 8141 | Summary of RT Computers' Underreported Gross Receipts | | | |
| 132a | 8142 | Allied Resources Schedule | | | |
| 132b | 8143 | CBF Marketing Schedule | | | |
| 132c | 8144-8146 | Complete Components Schedule | | | |
| 132d | 8147-8148 | Computer & Software Schedule | | | |
| 132e | 8149-8153 | Compu4Less Schedule | | | |
| 132f | 8154-8156 | Golden Eye Schedule | | | |
| 132g | 8157-8166 | Intrax Schedule | | | |
| 132h | 8167 | Justdeals Schedule | | | |
| 132i | 8168-8169 | Powerhouse Schedule | | | |
| 132j | 8170 | R&J Schedule | | | |
| 132k | 8171 | Silicon Multimedia Schedule | | | |
| 132L | 8172 | Surplus Specialist Schedule | | | |
| 132m | 8173-8175 | WWS Schedule | | | |
| 133 | 8176 | Summary of AES' Underreported Gross Receipts | | | |
| 133a | 8177 | CBF Marketing Schedule | | | |
| 133b | 8178 | Compu4Less Schedule | | | |
| 133c | 8179-8180 | Golden Eye Schedule | | | |
| 133d | 8181 | Powerhouse Schedule | | | |
| 133e | 8182 | R&J Schedule | | | |
| 133f | 8183 | Surplus Specialist Schedule | | | |
| 133g | 8184-8185 | WWS Schedule | | | |
| 134 | 8186-8188 | Calculation of Additional Tax Due | | | |
| 135 | 8759-8760 | Schedule of Structured Invoices and Payments | | | |
| 136 | 8761-8763 | Schedule of Structured Transactions | | | |
| | | | | | |
| | | | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| **Miscellaneous** | | | | | |
| 137 | 8405-8410, 8734-8737 | City of San Jose Business License System Account Information for Union Bank and Wells Fargo Bank locations | | | |
| 138 | 8738 | City of Santa Clara Municipal Services Information for Wells Fargo Bank location | | | |
| 139 | 8644-8646 | Photographs of check casher | | | |
| 140 | 8647-8654 | Photographs of banks | | | |
| 141 | 16866 | Acknowledgment of Requirement to File Form 8300 signed by Chaudhry | | | |
| 142 | 17595-17647 | Folder with no label from Radu Tomescu | | | |
| 143 | 17648-17667 | Folder labeled "Corporation" from Radu Tomescu | | | |
| 144 | 2162-2196 | Transcript of consensually monitored conversation with Azeem Gholami | | | |
| 145 | 2237-2238 (old bates 1899-1900) | Notes provided by Chaudhry dated 12-21-99 | | | |
| 146 | 2239-2240 (old bates 1901-1902) | Documents provided by Chaudhry titled "Reconciliations" for 1996, 1997, & 1998 1040 | | | |
| 147 | 2241-2257 (old bates 1903-1919) | Form 1120X for RT Computers 199903 signed 7-27-99 provided by Chaudhry | | | |
| 148 | 2258-2268 (old bates 1920-1930) | Form 1120X for RT Computers 199903 signed 10-29-99 provided by Chaudhry | | | |
| 149 | 2549 | Certificate of Records from CBF Marketing dated 03-12-03 | | | |
| 150 | 2558 | Cover Letter from Xuhua Li owner of Compu4less/Fortuneweb | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
|---|---|---|---|---|---|
| | | | | Marked for Identification | Admitted in Evidence |
| 151 | 2559 | Cover Letter from Power of Attorney, Michael Soshnick, dated 02-28-03 for Computer & Software Sales (for Haji Pirali) | | | |
| 152 | 2560 | Cover Letter from Richard Chin owner of Justdeals.com, dated 3-11-03 | | | |
| 153 | 2561 | Certificate of Record Letter from Fanny Tam, accountant of justdeals.com, dated 03-11-03 | | | |
| 154 | 2562-2581 | Invoices, cancelled checks, and correspondence from Justdeals.com | | | |
| 155 | 2582 | Cover Letter from Scott Vallance, owner of Powerhouse Microproducts | | | |
| 156 | 2583 | Cover Letter from Allan Ding, VP of Silicon Multimedia, dated 01-07-03 | | | |
| 157 | 3267-3280 | Alameda County Sheriff's Office-Transcript of call recorded 4-18-02 | | | |
| 158 | 6663-6664 | Index card & picture for Mohammad Chaudhry from ECL Enterprise Market & Deli | | | |
| 159 | 6661-6662 | CTR Form 4789 template provided by Edwin Lin on 1-24-03 | | | |
| 160 | | 1999 WWS cancelled checks seized from WWS | | | |
| 161 | | 2000 WWS cancelled checks seized from WWS | | | |
| 162 | | 2001 WWS cancelled checks seized from WWS | | | |
| 163 | 6462 | Certified copy of Lack of Record for Alternative Energy Systems years 1996, 2001, 2002 | | | |

| Exhibit Number | Bates | Description | Sponsoring Witness | Date | |
| --- | --- | --- | --- | --- | --- |
| | | | | Marked for Identification | Admitted in Evidence |
| 164 | 6463-6470 | Certified copy of Alternative Energy System, Inc. Form 1120 for 1997 | | | |
| 165 | 6471-6477 | Certified copy of Alternative Energy System, Inc. Form 1120 for 1998 | | | |
| 166 | 6626 | Certified copy of Lack of Record for RT Computers year 0203 | | | |
| 167 | 410-447 | Financial documents from Worldwide Sales | | | |