**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:5/19/08**

**CR 03-40210SBA**                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**MOHAMMAD CHAUDHRY**              **ERIC BABCOCK/LYNN KESSLER**
**ALI KAHN**                       **SETH CHASIN**
                                    Present (X) Not Present ( ) In Custody ( )

        **DEFENDANT(S)**

**KIRSTEN AULT**
**TOM MOORE**
**U.S. ATTORNEY**                     **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**          **RAYNEE MERCADO**
                                          **Court Reporter**

 **Interpreter**                          **Probation Officer**
                                    **PROCEEDINGS**

**REASON FOR HEARING:    PRETRIAL CONFERENCE - HELD**
**RESULT OF HEARING:  COURT ISSUED ORDER ON MOTIONS INLIMINE; PARTIES TO MEET AND CONFER REGARDING JURY INSTRUCTIONS AND SUBMIT ONE JOINT SET OF JURY INSTRUCTIONS AND EACH PARTY CAN SUBMIT SEPARATE JURY INSTRUCTIONS THAT THEY DO NOT AGREE TO WITH THE AUTHORITIES; OPPOSITION TO SEPARATE JURY INSTRUCTIONS SHALL BE SUBMITTED WITH AUTHORITIES WHEN THE COURT ADVISES THEM THAT THE JURY INSTRUCTIONS ARE DUE; JURY INSTRUCTIONS SHOULD ACCOMPANY A DISK IN WORD FORMAT; TIME ESTIMATE IS 5-6 DAYS OR 4-5 DAYS; PARTIES WILL SELECT TO ALTERNATE JURORS; EACH SIDE WILL HAVE ONE EXTRA PREMP CHALLENGE; EACH PARTY WILL BE GIVEN 45 MINUTES FOR VOIR DIRE; COURT ORDERS THE GOVERNMENT TO TURN OVER THE GRAND JURY PROCEEDINGS TRANSCRIPT TO THE DEFENSE TODAY WITH A UNDERSTANDING THAT THE GOVERNMENT WILL SUBMIT A WRITTEN ORDER FOR THE COURT'S SIGNATURE.**
**Case Continued to 6/2/08  for Trial(Court/Jury: 5-6   Days/weeks) at 8:30 a.m.**
**Case Continued to_____for Judgment & Sentencing as to Count(s)_____of the (Indictment/Information) @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.**
**cc:**