AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

26 U.S.C. § 7207 - delivery of fraudulent document to the Secretary of the Tresury; 18 U.S.C. § 2 - aiding and abetting

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
1 year imprisonment; 1 year supervised release; 5 years probation; $100,000 fine; $25 special assessment

## DEFENDANT - U.S.

▶ ALI H. KHAN

**DISTRICT COURT NUMBER**
03-40210 SBA

FILED
MAY 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  KIRSTIN M. AULT

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4                                                          FILED
5                                                          MAY 23 2008
                                                           RICHARD W. WIEKING
6                                                          CLERK, U.S. DISTRICT COURT
                                                           NORTHERN DISTRICT OF CALIFORNIA
7                                                          OAKLAND
8
9                         UNITED STATES DISTRICT COURT
10                       NORTHERN DISTRICT OF CALIFORNIA
11                              OAKLAND DIVISION
12
13 UNITED STATES OF AMERICA,      )   No.  CR 03-40210 SBA
                                  )
14        Plaintiff,              )   VIOLATIONS: 26 U.S.C. § 7207 – Delivery
                                  )   of Fraudulent Documents to the Secretary of
15    v.                          )   the Treasury; 18 U.S.C. § 2 – Aiding and
                                  )   Abetting
16 ALI H. KHAN,                   )
                                  )
17        Defendant.              )   OAKLAND VENUE
                                  )
18                                )
                                  )
19                                )
   _____)
20
21              SUPERSEDING INFORMATION
22 The United States Attorney charges:
23    On or about September 1, 2000, the defendant,
24                    ALI H. KHAN,
25 a resident of San Jose, California, did aid and abet Mohammad Yousuf Chaudhry in the willful
26 delivery and disclosure of Currency Transaction Report number 200024571237, to an Officer of
27 the Internal Revenue Service, United States Treasury Department, at Detroit, Michigan, which
28 was known by the defendant to be fraudulent and false as to a material matter in that defendant

filled out the form to indicate that RT Computers, a San Jose company, had cashed $11,891 in checks for Scott Vallance, doing business as Powerhouse Microproducts, when the defendant knew that the $11,891 in checks were for the purchase of computer products and that RT Computers was not acting as a check casher for Powerhouse Microproducts.

All in violation of Title 26, United States Code, Section 7207, and Title 18, United States Code, Section 2.

DATED: 5/22/08

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Douglas Wilson for_
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
THOMAS MOORE
Assistant United States Attorney