

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MOHAMMED YOUSEF CHAUDHRY,
ALI H. KHAN,

Defendants. /

No. CR 03-40210 SBA (WDB)

ORDER AUTHORIZING SUBPOENAS UNDER RULE 17

On the motion of the defendant Chaudhry pursuant to rule 17(b) of the Federal Rules of Criminal Procedure, and good cause appearing therefore,

IT IS HEREBY ORDERED that the attached subpoenas issue for the named witnesses, namely, Anthony Armentano, Richard Fisher, Wes Pohl, John Quigley, Mike Jenkins, Janice Tobin, and Fern Martin, and that the witness fees and expenses associated with service of said subpoenas be paid as if subpoenaed by the government.

IT IS FURTHER ORDERED that the U.S. Marshal's Service serve said subpoenas.

DATED:

SAUNDRA BROWN ARMSTRONG
United States District Judge

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

MOHAMMED YOUSEF CHAUDHRY

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

Case Number: CR 03-40210 SBA (WDB)

TO:

ANTHONY ARMENTANO - TIGTA
4330 WATT AVENUE, ROOM 125
NORTH HIGHLANDS, CA 95660

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☒ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 3<br>Judge Armstrong |
| | | | DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | 6-9-08 8:30 a.m. |

NOTE : Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking<br>(By) Deputy Clerk [signature] | |

[Seal: United States District Court, Northern District of California]

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ERIK BABCOCK
1212 BROADWAY SUITE 726
OAKLAND, CA 94612
510-452-8400

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>G YES G NO AMOUNT $ ________ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________
DATE

____________________
SIGNATURE OF SERVER

____________________
ADDRESS OF SERVER

____________________

ADDITIONAL INFORMATION

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

MOHAMMED YOUSEF CHAUDHRY

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

Case Number: CR 03-40210 SBA (WDB)

TO:

RICHARD FISHER - TAX CONSULTANT
866 RACE STREET
SAN JOSE, CA 95126

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☒ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 3<br>Judge Armstrong |
| | | | DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | 6-9-08 8:30 a.m. |

NOTE : Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking | |
| (By) Deputy Clerk [signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ERIK BABCOCK
1212 BROADWAY SUITE 726
OAKLAND, CA 94612
510-452-8400

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

| | |
|---|---|
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>G YES G NO AMOUNT $ ______ |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________________
DATE

______________________
SIGNATURE OF SERVER

______________________
ADDRESS OF SERVER

______________________

ADDITIONAL INFORMATION

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

MOHAMMED YOUSEF CHAUDHRY

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

Case Number: CR 03-40210 SBA (WDB)

TO:

WES POHL - INTERNAL REVENUE SERVICE
1301 CLAY STREET
OAKLAND, CA 94612

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☒ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 3<br>Judge Armstrong |
| | | | DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | 6-9-08 8:30 a.m. |

NOTE : Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking<br>(By) Deputy Clerk [signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ERIK BABCOCK
1212 BROADWAY SUITE 726
OAKLAND, CA 94612
510-452-8400

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>G YES G NO AMOUNT $ ______ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________
DATE

____________________
SIGNATURE OF SERVER

____________________
ADDRESS OF SERVER

____________________

ADDITIONAL INFORMATION

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

MOHAMMED YOUSEF CHAUDHRY

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

Case Number: CR 03-40210 SBA (WDB)

TO:

JOHN QUIGLEY - INTERNAL REVENUE SERVICE
1301 CLAY STREET
OAKLAND, CA 94612

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☒ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 3<br>Judge Armstrong |
| | | | DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | 6-9-08 8:30 a.m. |

NOTE : Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking<br>(By) Deputy Clerk<br>[signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ERIK BABCOCK
1212 BROADWAY SUITE 726
OAKLAND, CA 94612
510-452-8400

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>G YES G NO AMOUNT $ ______ |
|---|---|
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ______________________
DATE

______________________
SIGNATURE OF SERVER

______________________
ADDRESS OF SERVER

______________________

ADDITIONAL INFORMATION

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

V.

MOHAMMED YOUSEF CHAUDHRY

Case Number: CR 03-40210 SBA (WDB)

TO:

JANICE TOBIN - INTERNAL REVENUE SERVICE
1 N 1ST. STREET
SAN JOSE, CA 95113

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☒ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 3<br>Judge Armstrong<br>DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | 6-9-08 8:30 a.m. |

NOTE : Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

Richard W. Wieking

(By) Deputy Clerk

[signature]

DATE

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ERIK BABCOCK
1212 BROADWAY, SUITE 726
OAKLAND, CA 94612
510-452-8400

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>G YES G NO AMOUNT $ ________ |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________
DATE

____________________
SIGNATURE OF SERVER

____________________
ADDRESS OF SERVER

____________________

ADDITIONAL INFORMATION

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

MOHAMMED YOUSEF CHAUDHRY

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

Case Number: CR 03-40210 SBA (WDB)

TO:

MIKE JENKINS - INTERNAL REVENUE SERVICE
1 N 1ST. STREET
SAN JOSE, CA 95113

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse 450 Golden Gate Avenue San Francisco, CA 94102 | ☐ United States Courthouse 280 South First Street San Jose, CA 95113 | ☒ United States Courthouse 1301 Clay Street Oakland, CA 94612 | Courtroom 3 Judge Armstrong |
| | | | DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | 6-9-08 8:30 a.m. |

NOTE : Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking | |
| (By) Deputy Clerk [signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ERIK BABCOCK
1212 BROADWAY, SUITE 726
OAKLAND, CA 94612
510-452-8400

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |

| | |
|---|---|
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>G YES G NO AMOUNT $ ________ |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________
DATE

____________________
SIGNATURE OF SERVER

____________________
ADDRESS OF SERVER

____________________

ADDITIONAL INFORMATION

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

MOHAMMED YOUSEF CHAUDHRY

**SUBPOENA TO TESTIFY IN A CRIMINAL CASE**

Case Number: CR 03-40210 SBA (WDB)

TO:

FERN MARTIN - INTERNAL REVENUE SERVICE
1 N 1ST. STREET
SAN JOSE, CA 95113

YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | COURTROOM/JUDGE |
|---|---|---|---|
| ☐ United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ☐ United States Courthouse<br>280 South First Street<br>San Jose, CA 95113 | ☒ United States Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Courtroom 3<br>Judge Armstrong |
| | | | DATE AND TIME |
| ☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): | | | 6-9-08 8:30 a.m. |

NOTE : Parties requesting a subpoena requiring only the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence, must use Form CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*. Forms are available at the Court's Internet site: http://www.cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Richard W. Wieking<br>(By) Deputy Clerk<br>[signature] | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

ERIK BABCOCK
1212 BROADWAY, SUITE 726
OAKLAND, CA 94612
510-452-8400

CAND 89A (Rev. 1/06) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>G YES G NO AMOUNT $ ______ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________
DATE

____________________
SIGNATURE OF SERVER

____________________
ADDRESS OF SERVER

____________________

ADDITIONAL INFORMATION