1  ERIK G. BABCOCK, Bar No. 172517
   LAW OFFICES OF ERIK BABCOCK
2  1212 Broadway, Suite 726
   Oakland, CA 94612-3423
3  (510) 452-8400 Tel
   (510) 452-8405 Fax
4

5  Attorney for the Defendant
   MOHAMMED YOUSEF CHAUDHRY
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              No. CR 03-40210 SBA (WDB)

12          Plaintiff,                    SUPPLEMENTAL APPLICATION FOR
                                          ORDER AUTHORIZING SUBPOENAS
13 v.

14 MOHAMMED YOUSEF CHAUDHRY,

15 _____Defendants._____/

16         I, Erik Babcock make the following declarations under penalty of perjury:

17     1)     I am an attorney duly admitted to practice in this court, and I was appointed pursuant

18 to the provisions of the Criminal Justice Act to represent defendant Mohammed Yusef Chaudhry in

19 the above captioned case.

20     2)     I am informed and believe, and on the basis of said information and belief allege, that

21 Mr. Chaudhry is unable to pay for witness fees and costs of service in connection with issuance of

22 subpoenas for the following persons.

23     3)     I filed an application for subpoenas for these witnesses earlier today, on May 28,

24 2008.  My prior application did not describe the proposed testimony sought from each witness.

25 This application seeks to supplement set forth the the relevance and materiality of each witnesses

26 testimony by describing the same below:

27     a.     Anthony Armentano:  Mr. Armentano can testify concerning his investigation of

28            Clarence Walker, including Walker's accessing IRS databases, and evidence collected

Application for Subpoenas
United States v. Chaudhry

1   from Walker's trash, and related investigation of defendant;

2   b.   Wes Pohl:  IRS Disclosure Office, Oakland, California.  Defendant seeks Mr. Pohl's

3        testimony concerning procedures for storing, requesting, and disclosing taxpayer

4        documents;

5   c.   John Quigley:  IRS Disclosure Office, Oakland, California.  Defendant seeks Mr.

6        Quigley's testimony concerning his response to a subpoena for documents served on

7        the IRS Disclosure Office in the instant matter.

8   d.   Mike Jenkins: IRS Small Business Compliance unit in San Jose.  Defendant seeks the

9        testimony of Mr. Jenkins concerning Clarence Walker's investigation of defendant.

10  e.   Janice Tobin:  IRS Small Business Compliance unit.  Defendant seeks Ms. Tobin's

11       testimony concerning business documents related to the Title 31 program and her

12       unit's investigation of defendant.

13  f.   Fern Martin:  Territory Manager, IRS Small Business unit.  Defendant seeks Ms.

14       Martin's testimony concerning the termination of Clarence Walker's employment with

15       the IRS, related to the investigation of Walker for crimes committed with Radu

16       Tomescu and Sheila Wu.

17  WHEREFORE, defendant prays that an order issue:

18  1)   Authorizing the issuance of the attached subpoenas.

19  2)   Authorizing the costs of witness fees and expenses associated with service of said

20  subpoenas to be paid as if subpoenaed by the government.

21  3)   Ordering the U.S. Marshal's Service to serve said subpoenas.

22                                  Respectfully submitted,

23                                  LAW OFFICES OF ERIK BABCOCK

24  DATED: May 28, 2008

25                         By:    /S/Erik Babcock_____
                                  ERIK BABCOCK
26

27

28

Application for Supboenas
United States v. Chaudhry                                    Page 2 of 2