**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**May 29, 2008**

CASE NUMBER:  CR 03-40210 SBA
CASE TITLE:  USA-v-Ali H. Khan

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Magistrate Judge Wayne D. Brazil** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WDB** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/29/08

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 5/29/08

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA